RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 9/29/11
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RITCHEL DESVARIEUX,<br>Petitioner | CIVIL ACTION<br>SECTION "P"<br>1:11-CV-00549 |
| VERSUS | |
| JANET NAPOLITANO, et al.,<br>Respondents | JUDGE James T. Trimble, Jr.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Desvarieux's Section 2241 habeas petition be DENIED AND DISMISSED WITH PREJUDICE AS MOOT.

THUS ORDERED AND SIGNED in Chambers at _Alexandria_, Louisiana, on this _29th_ day of _September_, 2011.

_____
James T Trimble Jr
UNITED STATES DISTRICT JUDGE